B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Gelt Properties, LLC** _____ Debtor(s)

Case No. **11-15826**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aqua PA<br>Aqua Pennsylvania, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | Aqua PA<br>Aqua Pennsylvania, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 | | | 24.25 |
| Atlantic City Electric Co.<br>PO Box 13610<br>Philadelphia, PA 19101 | Atlantic City Electric Co.<br>PO Box 13610<br>Philadelphia, PA 19101 | | | 215.32 |
| Duquesne Light<br>Payment Processing Center<br>411 Seventh Avenue, MD 6-1<br>Pittsburgh, PA 15267 | Duquesne Light<br>Payment Processing Center<br>411 Seventh Avenue, MD 6-1<br>Pittsburgh, PA 15267 | | | 543.72 |
| Duquesne Light - Airbrake<br>411 Seventh Avenue, MD 6-1<br>Pittsburgh, PA 15230 | Duquesne Light - Airbrake<br>411 Seventh Avenue, MD 6-1<br>Pittsburgh, PA 15230 | | | 409.30 |
| Emergency Response Associates<br>246 West Upsal Street<br>Philadelphia, PA 19119 | Emergency Response Associates<br>246 West Upsal Street<br>Philadelphia, PA 19119 | | | 3,450.00 |
| Kassab Archbold & O'Brien, LLC<br>214 North Jackson Street<br>Media, PA 19063 | Kassab Archbold & O'Brien, LLC<br>214 North Jackson Street<br>Media, PA 19063 | | | 2,814.00 |
| Mikhael Andreyev<br>10011 Jeanes Street<br>Philadelphia, PA 19116 | Mikhael Andreyev<br>10011 Jeanes Street<br>Philadelphia, PA 19116 | | | 500.00 |
| PECO<br>Industrial/Commercial Credit<br>2301 Market Street<br>Philadelphia, PA 19103 | PECO<br>Industrial/Commercial Credit<br>2301 Market Street<br>Philadelphia, PA 19103 | | | 3,868.80 |
| Penns Grove Sewerage Authority<br>81 Beach Avenue<br>Penns Grove, NJ 08069 | Penns Grove Sewerage Authority<br>81 Beach Avenue<br>Penns Grove, NJ 08069 | | | 1,040.00 |
| Peoples Natural Gas<br>PO Box 535323<br>Pittsburgh, PA 15253 | Peoples Natural Gas<br>PO Box 535323<br>Pittsburgh, PA 15253 | | | 703.74 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gelt Properties, LLC**  
_____  
Debtor(s)

Case No. **11-15826**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Philadelphia Gas Works 800 W. Montgomery Avenue Philadelphia, PA 19122 | Philadelphia Gas Works 800 W. Montgomery Avenue Philadelphia, PA 19122 | | | 1,206.24 |
| PSE&G Co. P.O. Box 14444 New Brunswick, NJ 08906 | PSE&G Co. P.O. Box 14444 New Brunswick, NJ 08906 | | | 693.84 |
| SF Partners, LLC 600 Maple Lane Flourtown, PA 19031 | SF Partners, LLC 600 Maple Lane Flourtown, PA 19031 | | | 8,433.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____    Signature _____  
**Uri Shoham**  
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.
In re  **Gelt Properties, LLC**
_____
Debtor(s)

Case No.  **11-15826**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  _8/1/2011_   Signature _____
**Uri Shoham**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.