# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Gelt Properties, LLC**  
Debtor(s)

Case No. **11-15826**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gelt Properties, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gelt Holdings Inc.**  
**2755 Philmont Avenue**  
**Suite 130**  
**Huntingdon Valley, PA 19006**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 2, 2011** | **/s/ Albert Ciardi III PA -** |
| Date | **Albert Ciardi III PA - 63598** |
| | Signature of Attorney or Litigant |
| | Counsel for **Gelt Properties, LLC** |
| | **Ciardi Ciardi & Astin** |
| | **2005 Market Street** |
| | **Suite 1903** |
| | **Philadelphia, PA 19103** |
| | **215-557-3550 Fax:215-557-3551** |
| | **aciardi@ciardilaw.com** |